# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WILLIAM SCOTT

NO. 2019 KW 0756

AUG 0 5 2019

---

In Re:    William Scott, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 06-96-0672.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED AS MOOT.** The record of the Clerk of Court of East Baton Rouge Parish reflects the district court denied relator's Motion to Correct Illegal Sentence on November 12, 2013. There are no pending motions to correct an illegal sentence in the record of the district court.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT